KENNETH H. WINE(#142385)
Hallinan & Wine
345 Franklin Street
San Francisco, CA  94102
Telephone:  (415) 621-2400
Facsimile: (415) 575-9930
email: kenwine@hotmail.com

Counsel for Louis Ramirez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR-16-382 HSG (KW) |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION FOR ORDER TO SPEND THANKSGIVING WITH FAMILY; |
| v. | ) ) | [PROPOSED] ORDER THEREON |
| LOUIS RAMIREZ, | ) ) | |
| Defendants. | ) ) | |

The parties stipulate as follows:

1. The order is requested by Kenneth Wine, appointed pursuant to the CJA to represent Defendant Louis Ramirez.  This request seeks permission for Mr. Ramirez to spend Thanksgiving with his brother Richard Ramirez's family, returning to the half way house on Friday morning by 9 a.m.

2. I have communicated with U.S. Pretrial Services Officer, Katrina Chu, and she has informed me that she has no objection to the request.

3. I have spoken with the AUSA assigned to the case, Frank Riebli, and he has no objection to the request.

DATED: November 3, 2016      /s/ Kenneth Wine
Kenneth H. Wine, Esq.
Attorney for Defendant
LOUIS RAMIREZ

DATED: November 3, 2016      /s/ Frank Riebli
Frank Riebli, AUSA
Attorney for Plaintiff
UNITED STATES

**ORDER**

It is hereby ordered that Defendant Louis Ramirez has permission to leave the half way house Thanksgiving morning at 9 a.m., spending the night with his brother Richard Ramirez's family, returning no later than Friday, November 25, 2016 at 9:00 a.m.

DATED: November 7, 2016

HON. KANDIS WESTMORE
U.S. DISTRICT COURT