KENNETH H. WINE(#142385)
Hallinan & Wine
345 Franklin Street
San Francisco, CA  94102
Telephone:  (415) 621-2400
Facsimile: (415) 575-9930
email: kenwine@hotmail.com

Counsel for Louis Ramirez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR-16-382 HSG (KW) |
|---|---|---|
| Plaintiff, | ) | STIPULATION FOR ORDER TO LEAVE HALF WAY HOUSE FOR STUDY AND FAMILY VISITS ON SUNDAYS; |
| v. | ) | |
| LOUIS RAMIREZ, | ) | [PROPOSED] ORDER THEREON |
| Defendants. | ) | |

The parties stipulate as follows:

1. The order is requested by Kenneth Wine, appointed pursuant to the CJA to represent Defendant Louis Ramirez. This request seeks permission for Mr. Ramirez to leave the half-way house to travel to City College, where he is studying for his high school diploma, and to spend time with his family. Defendant requests the Court allow him to leave from 9 a.m. until 9 p.m. each Sunday,

2. I have communicated with U.S. Pretrial Services Officer, Katrina Chu, and she has informed me that she has no objection to the request.

3. I have spoken with the AUSA assigned to the case, Frank Riebli, and he has no objection to the request.

STIP/ORDER TO LEAVE HALF WAY HOUSE
ON SUNDAYS

DATED: November 23, 2016         /s/ Kenneth Wine
                                 Kenneth H. Wine, Esq.
                                 Attorney for Defendant
                                 LOUIS RAMIREZ

DATED: November 23, 2016         /s/ Frank Riebli
                                 Frank Riebli, AUSA
                                 Attorney for Plaintiff
                                 UNITED STATES

**ORDER**

It is hereby ordered that Defendant Louis Ramirez has permission to leave the half way house each Sunday from 9 a.m. until 9 p.m. to study at City College, and to see his family.

DATED: November 29, 2016         HON. KANDIS WESTMORE
                                 U.S. DISTRICT COURT