KENNETH H. WINE (#142385)
Hallinan & Wine
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400
Facsimile: (415) 575-9930
email: kenwine@hotmail.com

Counsel for Louis Ramirez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-16-382 HSG (KW) |
| Plaintiff, | STIPULATION FOR ORDER TO LEAVE HALF WAY HOUSE FOR CHRISTMAS EVE AND CHRISTMAS; |
| v. | |
| LOUIS RAMIREZ, | [~~PROPOSED~~] ORDER THEREON |
| Defendants. | |

The parties stipulate as follows:

1. The order is requested by Kenneth Wine, appointed pursuant to the CJA to represent Defendant Louis Ramirez. This request seeks permission for Mr. Ramirez to leave the half-way house to spend time with his family on Christmas Eve, spending the night at his brother Richard Ramirez's house, and Christmas day. Defendant requests the Court allow him to leave from 9 a.m. on Christmas Eve until 9 p.m. Christmas day.

2. I have communicated with U.S. Pretrial Services Officer, Katrina Chu, and she has informed me that she has no objection to the request.

3. I have spoken with the AUSA assigned to the case, Frank Riebli, and he has no objection to the request.

STIP/ORDER TO LEAVE HALF WAY HOUSE
FOR XMAS

DATED: December 9, 2016            /s/ Kenneth Wine
                                   Kenneth H. Wine, Esq.
                                   Attorney for Defendant
                                   LOUIS RAMIREZ

DATED: December 9, 2016            /s/ Frank Riebli
                                   Frank Riebli, AUSA
                                   Attorney for Plaintiff
                                   UNITED STATES

## ORDER

It is hereby ordered that Defendant Louis Ramirez has permission to leave the half way house Christmas Eve at 9 a.m., returning on Christmas day at 9 p.m. Defendant shall spend the night at his brother Richard Ramirez's house.

DATED: December  12 , 2016         [signature]
                                   HON. KANDIS WESTMORE
                                   U.S. DISTRICT COURT