KENNETH H. WINE(#142385)
Hallinan & Wine
345 Franklin Street
San Francisco, CA  94102
Telephone:  (415) 621-2400
Facsimile: (415) 575-9930
email: kenwine@hotmail.com

Counsel for Louis Ramirez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR-16-382 HSG (KW) |
|---|---|---|
| Plaintiff, | ) | STIPULATION FOR ORDER TO LEAVE HALF WAY HOUSE TO VISIT BROTHER'S GRAVE; [PROPOSED] ORDER THEREON |
| v. | ) | |
| LOUIS RAMIREZ, | ) | |
| Defendants. | ) | |

The parties stipulate as follows:

1.	The order is requested by Kenneth Wine, appointed pursuant to the CJA to represent Defendant Louis Ramirez.

2.	This request seeks permission for Mr. Ramirez to leave the half-way house to spend a few hours with his family visiting the gravesite of his brother, Benjamin, who was killed 2 years ago. Mr. Ramirez would like to go to a memorial at Holy Cross Cemetery on March 20, 2017, from 4 p.m. until 9 p.m., remembering Benjamin on the anniversary of his birth.

3.	I have communicated with U.S. Pretrial Services Officer, Katrina Chu, and she has informed me that she has no objection to the request.

4.	I have spoken with the AUSA assigned to the case, Frank Riebli, and he has no objection to the request.

DATED: March 13, 2017         /s/ Kenneth Wine
                              Kenneth H. Wine, Esq.
                              Attorney for Defendant
                              LOUIS RAMIREZ

DATED: March 13, 2017         /s/ Frank Riebli
                              Frank Riebli, AUSA
                              Attorney for Plaintiff
                              UNITED STATES

## ORDER

It is hereby ordered that Defendant Louis Ramirez has permission to leave the half way house to visit with family and to travel to Holy Cross Cemetery, on March 20, 2017 from 4 p.m. until 9 p.m.

DATED: March __14__, 2017                    *Kandis Westmore*
                                             HON. KANDIS WESTMORE
                                             U.S. DISTRICT COURT