KENNETH H. WINE(#142385)
Hallinan & Wine
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400
Facsimile: (415) 575-9930
email: kenwine@hotmail.com

Counsel for Louis Ramirez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-16-382 HSG (KW) |
| Plaintiff, ) | STIPULATION FOR ORDER TO |
| ) | LEAVE HALF WAY HOUSE FOR |
| v. ) | SATURDAY NIGHT AT BROTHER'S |
| ) | HOUSE |
| LOUIS RAMIREZ, ) | |
| Defendants. ) | |

The parties stipulate as follows:

1. The order is requested by Kenneth Wine, appointed pursuant to the CJA to represent Defendant Louis Ramirez.

2. This request seeks permission for Mr. Ramirez to leave the half-way house to spend this coming Saturday night, April 29th, at his brother Richard's house, returning to the half-way house on Sunday evening. Mr. Ramirez is an orphan. His parents died when he was young. Mr. Ramirez's uncle just passed away, and Mr. Ramirez remaining family will be here for the funeral on Friday and some are staying through the weekend. Mr. Ramirez would like to spend the next two days, Saturday and Sunday, visiting with his brother and other family members.

3. I have communicated with U.S. Pretrial Services Officer, Katrina Chu, and she has informed me that she has no objection to the request.

//

STIP/ORDER TO LEAVE HALF WAY HOUSE
FOR FAMILY EMERGENCIES

4. I have spoken with the AUSA assigned to the case, Frank Riebli, and he has no objection to the request.

DATED: April 25, 2017          /s/ Kenneth Wine
Kenneth H. Wine, Esq.
Attorney for Defendant
LOUIS RAMIREZ

DATED: April 25, 2017          /s/ Frank Riebli
Frank Riebli, AUSA
Attorney for Plaintiff
UNITED STATES

**ORDER**

It is hereby ordered that Defendant Louis Ramirez has permission to leave the half way house on Saturday, April 29, 2017 at 8 a.m., returning Sunday April 30, 2017 at 8 p.m. in order to spend time with his family, both Saturday and Sunday, following the death of his uncle.

DATED: April __25__, 2017

HON. KANDIS WESTMORE
U.S. DISTRICT COURT