```
 1  KENNETH H. WINE(#142385)
    Hallinan & Wine
 2  345 Franklin Street
    San Francisco, CA  94102
 3  Telephone:  (415) 621-2400
    Facsimile: (415) 575-9930
 4  email: kenwine@hotmail.com

 5  Counsel for Louis Ramirez
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR-16-382 HSG (KW) |
|---|---|
| Plaintiff, | ) STIPULATION FOR ORDER TO |
| | ) LEAVE HALF WAY HOUSE FOR |
| v. | ) WEEKEND AT BROTHER'S HOUSE |
| LOUIS RAMIREZ, | ) |
| Defendants. | ) |

The parties stipulate as follows:

1. The order is requested by Kenneth Wine, appointed pursuant to the CJA to represent Defendant Louis Ramirez.

2. This request seeks permission for Mr. Ramirez to leave the half-way house to spend this coming Friday, June 9, from 5 p.m. to Sunday, June 11, at 9:00 p.m., at his brother Richard's house, returning to the half-way house on Sunday evening. Mr. Ramirez is an orphan. His parents died when he was young. He is living in a half-way house as he has no other place to live. Mr. Ramirez has relatives visiting from Spain that he has not seen in many years. Mr. Ramirez would like to spend the weekend visiting with family members.

3. I have communicated with U.S. Pretrial Services Officer, Katrina Chu, and she has informed me that she has no objection to the request.

//

4. I have spoken with the AUSA assigned to the case, Frank Riebli, and he has no objection to the request.

DATED: June 5, 2017 /s/ Kenneth Wine
Kenneth H. Wine, Esq.
Attorney for Defendant
LOUIS RAMIREZ

DATED: June 5, 2017 /s/ Frank Riebli
Frank Riebli, AUSA
Attorney for Plaintiff
UNITED STATES

**ORDER**

It is hereby ordered that Defendant Louis Ramirez has permission to leave the half way house on Friday, June 9, 2017 at 5 p.m., returning Sunday, June 11, 2017 at 9 p.m. in order to spend time with his family visiting from Spain.

DATED: June __6__, 2017

HON. KANDIS WESTMORE
U.S. DISTRICT COURT