1  KENNETH H. WINE(#142385)
   Hallinan & Wine
2  345 Franklin Street
   San Francisco, CA  94102
3  Telephone:  (415) 621-2400
   Facsimile: (415) 575-9930
4  email: kenwine@hotmail.com

5  Counsel for Louis Ramirez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>LOUIS RAMIREZ,<br><br>    Defendants. | CR-16-382 HSG (KW)<br><br>STIPULATION FOR ORDER TO CONTINUE BAIL REVIEW STATUS CONFERENCE BEFORE MAGISTRATE JUDGE;<br>[PROPOSED] ORDER THEREON<br>AS MODIFIED<br>HON. KANDIS WESTMORE |

The parties stipulate as follows:

1. The order is requested by Kenneth Wine, appointed pursuant to the CJA to represent Defendant Louis Ramirez. In mid-July, Mr. Ramirez was referred by the Court to an in-house treatment facility for addiction issues. He was subsequently place at Newbridge, which has a minimum 90 program.

2. I have communicated with U.S. Pretrial Services Officer, Katrina Chu, and she has informed me that Mr. Ramirez is doing very well in the program, and that she believes it appropriate to continuing the current status conference, set for September 5, until Mr. Ramirez completes Newbridge. We are requesting a new status conference of October 24, 2017, at which time Mr. Ramirez will have completed his 90 day treatment.

3. I have spoken with the AUSA assigned to the case, Frank Riebli, and he has no objection to the request.

DATED: August 29, 2017         /s/ Kenneth Wine
                               Kenneth H. Wine, Esq.
                               Attorney for Defendant
                               LOUIS RAMIREZ

DATED: August 29, 2017         /s/ Frank Riebli
                               Frank Riebli, AUSA
                               Attorney for Plaintiff
                               UNITED STATES

**ORDER** AS MODIFIED

It is hereby ordered that the status conference currently set for September 5, 2017 for Defendant Louis Ramirez will be continued until ~~October 24,~~ November 1, 2017 at 9:30 a.m.

DATED: August  31 , 2017       /s/ Kandis Westmore
                               HON. KANDIS WESTMORE
                               U.S. DISTRICT COURT

2