```
1   KENNETH H. WINE(#142385)
    Hallinan & Wine
2   345 Franklin Street
    San Francisco, CA  94102
3   Telephone:  (415) 621-2400
    Facsimile: (415) 575-9930
4   email: kenwine@hotmail.com

5   Counsel for Louis Ramirez
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR-16-382 HSG (KW) |
|---|---|---|
| Plaintiff, | ) | STIPULATION FOR ORDER TO ADVANCE BAIL REVIEW STATUS CONFERENCE BEFORE MAGISTRATE JUDGE; [PROPOSED] ORDER THEREON |
| v. | ) | |
| LOUIS RAMIREZ, | ) | |
| Defendants. | ) | HON. KANDIS WESTMORE |

The parties stipulate as follows:

1. The order is requested by Kenneth Wine, appointed pursuant to the CJA to represent Defendant Louis Ramirez. In mid-July, Mr. Ramirez was referred by the Court to an in-house treatment facility for addiction issues. He was subsequently place at Newbridge, which has a minimum 90 program. Mr. Ramirez finished his 90 days and has agreed to continue at Newbridge for another 90 days.

2. I have communicated with U.S. Pretrial Services Officer, Katrina Chu, and she has informed me that Mr. Ramirez is doing very well in the program, and that she believes it appropriate to have a status conference to offer support and encouragement to Mr. Ramirez.

3. I am unavailable to attend the current status conference, set for November 1, 2017. We are requesting the Court advance the date, and set a new status conference of October 24, 2017, at which time all counsel and Ms. Chu are available.

4. I have communicated with the AUSA assigned to the case, Frank Riebli, and he has no objection to the request.

DATED: October 12, 2017          /s/ Kenneth Wine
                                 Kenneth H. Wine, Esq.
                                 Attorney for Defendant
                                 LOUIS RAMIREZ

DATED: October 12, 2017          /s/ Frank Riebli
                                 Frank Riebli, AUSA
                                 Attorney for Plaintiff
                                 UNITED STATES

**ORDER**

It is hereby ordered that the status conference currently set for November 1, 2017 for Defendant Louis Ramirez will be advanced to October 24, 2017 at 9:30 a.m. before Hon. Magistrate Judge Ryu.

DATED: October 13, 2017          _/s/ Kandis Westmore_
                                 HON. KANDIS WESTMORE
                                 U.S. DISTRICT COURT